FILED IN COURT OF APPEALS
12th Court of Appeals District

DEC 31 2014

TYLER TEXAS
CATHY S. LUSK, CLERK

FILE COPY

DATE: 12/30/2014

RE: Case No. 14-0792
COA #: 12-14-00215-CV        TC#: 87-11917

STYLE: MICHAEL KENNEDY
      v. THE STATE OF TEXAS

Petitioner's motion for rehearing was this day filed in the above styled and numbered case.

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX  75702